LUIZA LELAS, as Administratrix, etc., of PETER LELAS, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

PENINSULAR TRADING AGENCY, INC., Respondent. v. NATIONAL RUBBER COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

In the Matter of the Transfer Tax upon the Estate of GEORGE R. FEARING, Deceased.— Order affirmed, with costs, on opinion of Foley, Surrogate. [Reported in 118 Misc. Rep. 595.] Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB GREENSTEIN (Indicted with JACOB SCHMALBERG), Appellant.— Judgment affirmed. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS F. KELLY, Appellant.— Judgment affirmed. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

In the Matter of the Revocation of Letters of Administration in the Estate of LLOYD MEE GEE COFER, Deceased.— Decree affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

GRACE BROTHERS & COMPANY, LTD., Appellant, v. BREAKSTONE BROS., INC., Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

HELEN COURTNEY, as Administratrix, etc., of MICHAEL COURTNEY, Deceased, Respondent, v. THE LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

JOHN S. BUZZINI, Plaintiff, v. HARRY BARTH, as Surviving Partner, etc., Defendant.— Exceptions overruled, with costs, and judgment directed for plaintiff upon the verdict, with costs. No opinion. Settle order on notice. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

884 WEST END AVENUE CORPORATION, Respondent, v. VAHAN DILSIZIAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

ARTHUR I. POBLINER, Respondent, v. HARRY WADLER, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

JOHN DUNLAP, Respondent, v. STAR COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

MARCUS ARONSTAM, Appellant, v. SCIENTIFIC UTILITIES COMPANY, INC., and Another, Respondents, Impleaded with GEORGE GRUNBERG and Others, Defendants.— Determination affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ; McAvoy, J., dissenting.

LIENAU WALDEN, Appellant, v. GEORGE C. MANNING, JR., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.